**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00360-CR**
_____

**PEGGY LYNN GIBSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 15-23084**

**ORDER**

Appellant Peggy Lynn Gibson has filed a motion asking this Court to abate her appeal so that the trial court may conduct a hearing on her timely-filed motion for new trial. We grant Gibson's motion, abate this appeal, and remand the cause to the trial court so that the trial court may conduct a hearing and rule on Gibson's motion for new trial by October 19, 2016, prior to the expiration of its plenary power over the judgment.

1

The parties are required to notify this Court by letter of the trial court's ruling by October 21, 2016. The district clerk and reporter can include the proceeding in the clerk's record and reporter's record when they are filed.

ORDER ENTERED October 13, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.